subject of *Paramount Import Export Co. et al.* v. *United States* (45 C.C.P.A. 82, C.A.D. 677), the claim of the plaintiff was sustained.

No. 64551.—C. J. Tower & Sons of Buffalo, Inc., et al. *v.* United States, protests 321305–K, etc. (Buffalo).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiffs was sustained.

No. 64552.—Alfred H. Marzolf *v.* United States, protests 322661–K, etc. (Seattle).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

No. 64553.—Crown Importers et al. *v.* United States, protests 738205–G, etc. (Seattle).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

No. 64554.—East Asiatic Co., Inc., et al. *v.* United States, protests 760028–G, etc. (San Francisco).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

No. 64555.—Blue Grass Liquor Company et al. *v.* United States, protests 988437–G/11652, etc. (New Orleans).